# KATZMELINGER

280 MADISON AVENUE, SUITE 600
NEW YORK, NEW YORK 10016
www.katzmelinger.com

Nicole Grunfeld                                                  o: 212.460.0047
Katz Melinger PLLC                                              f: 212.428.6811
                                              ndgrunfeld@katzmelinger.com

November 20, 2018

**VIA ECF**
Magistrate Judge Debra C. Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *Arias v. deVere USA, Inc.. et al.*
> <u>Civil Action No. 18-cv-01913</u>

Your Honor:

We represent plaintiff, Ashley Arias, in the above-captioned matter, and write jointly with counsel for Defendant deVere USA, Inc. to provide a brief status update, as requested by the Court.

The parties believe that there is still room for progress in their settlement negotiations, and thus request that the date of December 4, 2018 be set for another status letter to the Court. At that time, the parties hope to inform the Court whether a settlement conference will be necessary.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/Nicole Grunfeld*
Nicole Grunfeld

cc: Jonathan C. Sterling (via ECF)